[No. 7404–4–II. Division Two. July 15, 1986.]

*In the Matter of the Marriage of* JEANNE L. JOHNSON, *Appellant, and* LESLIE GENE JOHNSON, *Respondent.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 81–3–00222–1, Thomas R. Sauriol, J., entered October 25, 1983. *Reversed* and *remanded* by unpublished opinion per Alexander, J., concurred in by Petrich, J., Reed, A.C.J., dissenting.

[No. 15370–6–I. Division One. July 21, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. CHRISTIAN BRIDGES, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84–8–01917–6, Robert W. Winsor, J., entered August 31, 1984. *Affirmed* by unpublished opinion per Ringold, A.C.J., concurred in by Grosse and Pekelis, JJ.

[No. 14687–4–I. Division One. July 21, 1986.]

EVERETT DELANO, ET AL, *Appellants,* v. AMERICAN ECONOMY INSURANCE COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for Skagit County, No. 83–2–00154–7, Walter J. Deierlein, Jr., J., entered April 19, 1984. *Affirmed* by unpublished opinion per Cole, J. Pro Tem., concurred in by Schumacher, J. Pro Tem., Utter, J. Pro Tem., dissenting.